FILED
CLERK, U.S. DISTRICT COURT

AUG 17 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JESUS GONZALEZ,<br>　　　　Defendant. | Case No. 15-1530-MJ<br><br>**ORDER OF DETENTION AFTER HEARING**<br>[F.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this district pursuant to a no bail warrant issued by the United States District Court for the Southern District of California for alleged violation of the terms and conditions of her supervised release; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

　　A.  (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the prior revocation of his supervised release, his history of failure to appear, his failure to proffer any evidence to meet his burden on this issue, and for the additional reasons stated on the record.

1

2        IT THEREFORE IS ORDERED that the defendant be detained pending the

3    further revocation proceedings.

4

5    DATED:  August 17, 2015.

6

7                                              _____
                                               GAIL J. STANDISH
8                                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28